198 So. 871

**William Lincoln DEVAUGHN v. Ida Ruth DEVAUGHN.**

**6 Div. 661.**

Supreme Court of Alabama.

Oct. 7, 1940.

Smith, Windham, Jackson & Rives, of Birmingham, for appellant.

Robt. Giles, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant, without prejudice.

---

199 So. 904

**D. E. FLETCHER v. CITY OF ANDALUSIA.**

**4 Div. 146.**

Supreme Court of Alabama.

Nov. 14, 1940.

See, also, ante, p. 110, 198 So. 64.

A. Whaley, of Andalusia, for appellant.

Robt. B. Albritton, of Andalusia, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

198 So. 871

**John J. FOWLER v. E. C. KINNEY.**

**6 Div. 722.**

Supreme Court of Alabama.

Oct. 10, 1940.

LIVINGSTON, Justice.

Petition of John J. Fowler for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Fowler v. Kinney, 29 Ala.App. 640, 198 So. 875.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

---

198 So. 871

**Durwood GOWER v. STATE.**

**6 Div. 684.**

Supreme Court of Alabama.

Oct. 7, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed on motion of appellant.